AARON D. FORD
  Attorney General
NATHAN L. HASTINGS (Bar No. 11593)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4606 (phone)
(775) 684-4601 (fax)
NHastings@ag.nv.gov
*Attorney for Defendants*

Luke Andrew Busby
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
(775) 453-0112
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURAGE UHUMWNOMA OSAWE, | Case No. 3:18-cv-00600-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| DMV INVESTIGATOR JENNIFER TINSLEY; DMV INVESTIGATOR BRIAN BOWLES; DMV INVESTIGATOR WILLIAM LYONS; AND DMV SERGEANT TODD PARDINI; AND JOHN DOES I THROUGH X, INCLUSIVE, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

I.

Plaintiff, COURAGE UHUMWNOMA OSAWE, by and through counsel, Luke Andrew Busby, (hereinafter "Plaintiff"), and Defendants, JENNIFER TINSLEY, BRIAN BOWLES, WILLIAM LYONS, and TODD PARDINI by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan L. Hastings, Senior Deputy Attorney General (hereinafter "Defendants"), hereby

1

STIPULATE and AGREE that the time for Defendants to file and serve an answer, other responsive pleading, or other dispositive motion in this matter should be extended from January 23, 2019, for a period of 10 days, up to and including February 4, 2019.

Counsel for Defendants has represented to Plaintiff's Counsel that the reason for this extension is related to competing hearings and filing deadlines, and not for any dilatory purpose.

DATED: 1/22/19

AARON D. FORD
Attorney General

Nathan Y. Hastings (Bar. No. 11593)
Senior Deputy Attorney General
555 Wright Way
Carson City, NV 89711
Attorneys for Attorneys for State of Nevada
Department of Public Safety
Division of Parole and Probation (Division)

DATED: 1/22/2019

LUKE ANDREW BUSBY

Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
(775) 453-0112
Attorney for Plaintiff

## II.

### ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Having considered the preceding *Stipulation for Extension of Time for Defendants to Respond to Complaint*, as agreed to by the parties hereinabove, and for other GOOD CAUSE, THE COURT hereby ORDERS that: the time for Defendants to file and serve an answer, other responsive pleading, or other dispositive motion in this matter should be extended from January 23, 2019, for a period of 10 days, up to and including February 4, 2019.

IT IS SO ORDERED.

Dated this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE