Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COURAGE UHUMWNOMA OSAWE,<br><br>            Plaintiff(s),<br>    vs.<br><br>DMV INVESTIGATOR JENNIFER TINSLEY, DMV INVESTIGATOR BRIAN BOWLES, DMV INVESTIGATOR WILLIAM LYONS and DMV SERGEANT TODD PARDINI; and JOHN DOES I through X, inclusive<br><br>            Defendant(s).<br>_____/ | Case No.  3:18-cv-00600-RCJ-WGC<br><br>**MOTION TO COMPEL SCHEDULING OF EARLY CASE CONFERENCE**<br><br>**ORAL ARGUMENT REQUESTED** |

COMES NOW, COURAGE UHUMWNOMA OSAWE, ("Osawe" or "Plaintiff"), by and through the undersigned counsel, and hereby files the following Motion to Compel Scheduling of Early Case Conference against DMV INVESTIGATOR JENNIFER TINSLEY ("Tinsley"), DMV INVESTIGATOR BRIAN BOWLES ("Bowles"), DMV INVESTIGATOR WILLIAM LYONS ("Lyons"), and DMV SERGEANT TODD

1

PARDINI ("Pardini") (collectively "the Defendants"); and JOHN DOES I through X, inclusive.

This Motion is made and based upon all of the pleadings and records on file for this proceeding together with every exhibit that is mentioned herein or attached hereto (each of which is incorporated by this reference as though it were set forth hereat in haec verba), if any there be, as well as the points and authorities set forth directly hereinafter.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Plaintiff filed a Complaint in this matter on December 24, 2019.  On February 4, 2019, the Defendants filed a Motion for Summary Judgment. On February 7, 2019, the undersigned counsel for the Plaintiff emailed counsel for the Defendant seeking to schedule an early case conference ("ECC") in this matter.  Between February 7-9, 2019, the attorneys for the parties had a phone call and exchanged emails regarding requirement in Federal Rule of Civil Procedure 26(f) that an ECC be held.  Counsel for the Plaintiff requested via email that the ECC be scheduled for March 13, 2019, more than a month away from the date the email requesting the ECC be scheduled was sent.  *See* Feb. 7, 2019, email in Exhibit 1. Counsel for the Defendant has to date refused to agree to schedule the ECC as required by FRCP 26(f) and did not respond to the last email from the undersigned counsel requesting alternative dates on which to schedule the ECC.  *See* Feb. 9, 2019 email in Exhibit 1.

Pursuant to FRCP 26(f)(1), the parties must confer "as soon as practicable" to discuss the case and to develop a discovery plan as required by FRCP 26(f)(2).  FRCP 26(f) assumes that a Defendant will cooperate in the scheduling of an ECC.  LR 26-1(a) requires that a

Plaintiff's attorney must initiate the scheduling of the ECC required by FRCP 26(f).

FRCP 37(f) states that if a party or its attorney fails to participate in good faith in developing and submitting a proposed discovery plan as required by FRCP 26(f), the court may, after giving an opportunity to be heard, require that party or attorney to pay to any other party the reasonable expenses, including attorney's fees, caused by the failure.

WHEREFORE, the Plaintiff respectfully requests that the Court issue an order compelling the Defendants to participate in an ECC and to develop the discovery plan required by FRCP 26(f)(2) on March 13, 2019, at 3 p.m. and award attorneys fees and costs to the Plaintiff associated with the Defendant's failure to cooperate in scheduling the ECC.

### FRCP 37  Certification

The undersigned counsel certifies that he has in good faith conferred and consulted with counsel for the Defendants in an effort to secure compliance with the requirement to schedule an ECC without Court action as shown in Exhibit 1, and that the matter has not been resolved.

Respectfully submitted this February 13, 2019.

By: _____
Luke Busby
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintif*

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that on the date provided below, I caused service to be completed by:

_____   personally delivering;

_____   delivery via Reno/Carson Messenger Service;

_____   sending via Federal Express (or other overnight delivery service);

_____   depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

XXXX    delivery via electronic means (ECF, fax, eflex, NEF, etc.)

a true and correct copy of the foregoing document addressed to:

AARON D. FORD
Attorney General
NATHAN L. HASTINGS (Bar No. 11593)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4606 (phone)
(775) 684-4601 (fax)
NHastings@ag.nv.gov
Attorney for Defendants

By: _____/s/ Luke A. Busby_____   Dated: 2/13/2019
Luke Busby

4

Exhibit List

1. Email chain between Busby and Hastings