Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURAGE UHUMWNOMA OSAWE,<br><br>　　　　　　Plaintiff(s),<br>　　vs.<br><br>DMV INVESTIGATOR JENNIFER TINSLEY, DMV INVESTIGATOR BRIAN BOWLES, DMV INVESTIGATOR WILLIAM LYONS and DMV SERGEANT TODD PARDINI; and JOHN DOES I through X, inclusive<br><br>　　　　　　Defendant(s).<br>_____/ | Case No.  3:18-cv-00600-RCJ-WGC<br><br>**MOTION TO STRIKE FOR FAILURE TO REDACT CONFIDENTIAL INFORMATION** |

　　　COMES NOW, COURAGE UHUMWNOMA OSAWE, ("Osawe" or "Plaintiff"), by and through the undersigned counsel, and hereby files the following Motion to Strike For Failure to Redact Confidential Information against DMV INVESTIGATOR JENNIFER TINSLEY ("Tinsley"), DMV INVESTIGATOR BRIAN BOWLES ("Bowles"), DMV INVESTIGATOR WILLIAM LYONS ("Lyons"), and DMV SERGEANT TODD

1

PARDINI ("Pardini") (collectively "the Defendants"); and JOHN DOES I through X, inclusive.

This Motion is made and based upon all of the pleadings and records on file for this proceeding together with every exhibit that is mentioned herein or attached hereto (each of which is incorporated by this reference as though it were set forth hereat in haec verba), if any there be, as well as the points and authorities set forth directly hereinafter.

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 26, 2019, the Defendants filed a Motion to Stay Discovery ("Motion") in this matter. (Doc #17). In Exhibit B to the Motion on page 6 of 17, the Defendants publicly filed the Plaintiff's drivers license number, social security number, and date of birth without redacting this information. FRCP 5.2 requires that such information be redacted before filing. LR IC 6-1 also requires that such redactions take place. LR IC 7-1 states that the Court may strike documents that do not comply with the rules for electronic filing.

WHEREFORE, the Plaintiff requests that the Court strike the Defendant's Motion to Stay Discovery (Doc #17) from the record and preclude the refiling of the Motion with the Court for violation of the provisions described above as permitted by LR IA 11-8.

Respectfully submitted this February 26, 2019.

By: _____/s/ Luke A. Busby_____
Luke Busby
Nevada State Bar No. 10319
316 California Ave.
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintif*

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that on the date provided below, I caused service to be completed by:

_____    personally delivering;

_____    delivery via Reno/Carson Messenger Service;

_____    sending via Federal Express (or other overnight delivery service);

_____    depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

<u>XXXX</u>    delivery via electronic means (ECF, fax, eflex, NEF, etc.)

a true and correct copy of the foregoing document addressed to:

AARON D. FORD
Attorney General
NATHAN L. HASTINGS (Bar No. 11593)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4606 (phone)
(775) 684-4601 (fax)
NHastings@ag.nv.gov
Attorney for Defendants

By: _/s/ Luke A. Busby_____          Dated: _2/26/2019_____
Luke Busby

3