# EXHIBIT "A"

AARON D. FORD
   Attorney General
NATHAN L. HASTINGS (Bar No. 11593)
   Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4606 (phone)
(775) 684-4601 (fax)
NHastings@ag.nv.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURAGE UHUMWNOMA OSAWE,<br><br>        Plaintiff,<br><br>vs.<br><br>DMV INVESTIGATOR JENNIFER TINSLEY;<br>DMV INVESTIGATOR BRIAN BOWLES;<br>DMV INVESTIGATOR WILLIAM LYONS;<br>AND DMV SERGEANT TODD PARDINI;<br>AND JOHN DOES I THROUGH X,<br>INCLUSIVE,<br><br>        Defendants. | Case No. 3:18-cv-00600-RCJ-WGC |

**DECLARATION OF BARBARA COZENS**

I, Barbara Cozens, make the following sworn declaration:

1. I am employed as a Legal Secretary II at the Nevada Attorney General's Office, having my place of employment at 555 Wright Way, Carson City, NV 89711.

2. In my capacity as a Legal Secretary II, I am responsible for the file management for the above-referenced matter.

3. Accordingly, I have personal knowledge of the matters asserted herein and am competent to testify thereto, except for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true.

4. On February 26, 2019, I filed the Motion to Stay Discovery (ECF No. 17), which contained 2 exhibits. One of those exhibits (Exhibit B) contained personal identification numbers of the

-1-

Plaintiff.

5. Upon learning that the exhibit contained the personal identification numbers, I contacted the office of the United States District Court to determine what should be done to correct the filing.

6. The clerk at the United States District Court immediately sealed the exhibit and advised me to refile the exhibit the personal identification numbers redacted.

7. On February 26, 2019, after being instructed to refile the exhibit with the personal identification numbers redacted, I filed Exhibit B to the Motion to Stay Discovery (ECF No. 21).

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this _____ day of March, 2019.

_____
Barbara Cozens