LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| COURAGE UHUMWNOMA OSAWE,<br><br>　　　　　Plaintiff,<br>vs.<br>DMV INVESTIGATOR JENNIFER TINSLEY, DMV INVESTIGATOR BRIAN BOWLES, DMV INVESTIGATOR WILLIAM LYONS and DMV SERGEANT TODD PARDINI,<br><br>　　　　　Defendants.<br>_____/ | Case No.: 3:18-cv-00600-RCJ-WGC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that COURAGE UHUMWNOMA OSAWE, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on August 8, 2019, attached hereto as Exhibit 1.

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiff COURAGE UHUMWNOMA OSAWE and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

1

**Plaintiff**

COURAGE UHUMWNOMA OSAWE

Counsel of Record:

Luke Busby, Esq.
316 California Ave.
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

**Defendants**

DMV INVESTIGATOR JENNIFER TINSLEY, DMV INVESTIGATOR BRIAN BOWLES, DMV INVESTIGATOR WILLIAM LYONS, and DMV SERGEANT TODD PARDINI.

Counsel of Record:

AARON D. FORD
Nevada Attorney General
NATHAN L. HASTINGS
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 8971
NHastings@ag.nv.gov

*Attorneys for the Defendants*

**DATED** this Tuesday, August 27, 2019

By:_____
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

2

**EXHIBITS**

**1.  AUGUST 8, 2019 ORDER**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing pleading by:

_____    personally delivering;

_____    delivery via Reno/Carson Messenger Service;

_____    sending via Federal Express (or other overnight delivery service);

_____    depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

__X__     delivery via electronic means (fax, eflex, NEF, etc.) to:

>   AARON D. FORD
>   Attorney General
>   NATHAN L. HASTINGS (Bar No. 11593)
>   Senior Deputy Attorney General
>   State of Nevada
>   Office of the Attorney General
>   555 Wright Way
>   Carson City, NV 8971

**DATED** this Tuesday, August 27, 2019

By: /s/ Luke A. Busby
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*